_____

No. 96-2389
_____

Aaron Shelton,                          *
                                        *
          Appellant,                    *
                                        *  Appeal from the United States
     v.                                 *  District Court for the
                                        *  Eastern District of Missouri.
United States of America,               *
                                        *  (PUBLISHED)
          Appellee.                     *
                                        _____

                    Submitted: March 6, 1997

                    Filed: March 24, 1997
                                        _____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.
                                        _____


PER CURIAM.

     Aaron Shelton appeals the district court's[1] denial of his 28 U.S.C.
§ 2255 motion.  In his motion, Shelton alleged his appellate counsel was
ineffective in that he "misled and tricked" Shelton into entering a
conditional guilty plea by indicating he would appeal the denial of
Shelton's suppression motion, and then failing to include this issue in
Shelton's direct appeal.

     On direct appeal, Shelton's counsel filed, and we accepted, Shelton's
pro se brief, which raised Shelton's suppression claims.  Although our
opinion in that case did not specifically address these arguments, see
United States v. Shelton, 66 F.3d 991 (8th Cir. 1995) (per curiam), cert.
denied, 116 S. Ct. 1364 (1996), we considered and rejected them both on
direct appeal and in denying

_____

     [1]The Honorable Stephen N. Limbaugh, United States District
Judge for the Eastern District of Missouri.

Shelton's pro se petition for rehearing.  Therefore, we conclude the district court did not err in denying Shelton's motion without an evidentiary hearing.  See Engelen v. United States, 68 F.3d 238, 241 (8th Cir. 1995); United States v. Duke, 50 F.3d 571, 576 (8th Cir.), cert. denied, 116 S. Ct. 224 (1995).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.